IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Cathy G. Lanier and Randy D. Lanier, | ) | C/A No.: 3:12-416-MBS-SVH |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Branch Bank & Trust; Bayview Loan Servicing LLC, | ) | |
| | ) | |
| Appellees. | ) | |

The above-captioned case is a *pro se* appeal from the United States Bankruptcy Court for the District of South Carolina. The docket number for the bankruptcy court action was Case No. 11-06936-JW. The parties must use the civil action number listed above (C/A No. 3:12-416-MBS-SVH) when they file subsequent briefs, motions or other documents in this case.

The Appellants shall serve and file their brief within 14 days from the entry on the docket of this order pursuant to Rule 8007 and Rule 8009 of the Federal Rules of Bankruptcy Procedure.

The Appellees shall serve and file their briefs within 14 days after service of the brief of the Appellants.

The Appellants may serve and file a reply brief within 14 days after service of the briefs of the Appellees.

The Appellants have also filed a Motion to Stay Pending Appeal. [Entry # 3]. The motion references a foreclosure sale for two pieces of property owned by the Appellants, scheduled for March 5, 2012. Appellees are directed to file a response to the motion by February 24, 2012.

**Notice to Appellants**

The Appellants are *pro se* litigants in this case. Therefore, their attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised **in writing** (**901 Richland Street, Columbia, South Carolina 29201**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you.  If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.**  Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court.  Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

February 16, 2012                                   Shiva V. Hodges
Columbia, South Carolina                     United States Magistrate Judge


**The appellants' attention is directed to the following warning.**

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (Protective Orders).